UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA MESA-SPRING VALLEY SCHOOL DISTRICT , <br><br> Plaintiff, <br><br> v. <br><br> THE LAW OFFICE OF SHEILA BAYNES; SHEILA BAYNE, ESQ.; and MICHELLE WILKOLASKI, ESQ., <br><br> Defendants. | Case No.: 26cv2269-GPC(SBC) <br><br> **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT SHEILA BAYNE AND LAW OFFICE OF SHEILA BAYNE, INC.'S MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS** <br><br> **[Dkt. No. 13.]** |

Before the Court is Defendant Sheila Bayne and Law Office of Sheila Bayne, Inc.'s motion for leave to electronically file documents. (Dkt. No. 13.)

Section 2(b) of the Electronic Case Filing Administrative Policies and Procedures Manual permits a pro se litigant to file electronically only if authorized by the Court. Good cause appearing, the Court GRANTS Defendant Sheila Bayne's, an individual, motion for leave to electronically file documents using the Court's Case Management/Electronic Case Filing (CM/ECF) system. In accordance with section 2(b) of the Court's Electronic Case Filing Administrative Policies and Procedures Manual,

Defendant is instructed that she "must register as a user with the Clerk's Office as a subscriber to PACER within five (5) days."

However, Law Office of Sheila Bayne, Inc. may not appear *pro se* and must proceed with counsel.  *See Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993) ("lower courts have uniformly held that 28 U.S.C. § 1654, providing that 'parties may plead and conduct their own cases personally or by counsel,' does not allow corporations, partnerships, or associations to appear in federal court otherwise than through a licensed attorney."); Civil Local Rule 83.3j ("All other parties, including corporations, partnerships and other legal entities, may appear in court only through an attorney permitted to practice pursuant to Civil Local Rule 83.3.").  The Court DENIES Law Office of Sheila Bayne, Inc.'s motion for leave to electronically file documents.

IT IS SO ORDERED.

Dated:  July 14, 2026

Hon. Gonzalo P. Curiel
United States District Judge

26cv2269-GPC(SBC)