UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA MESA-SPRING VALLEY SCHOOL DISTRICT , <br><br> Plaintiff, <br><br> v. <br><br> THE LAW OFFICE OF SHEILA BAYNES; SHEILA BAYNE, ESQ.; and MICHELLE WILKOLASKI, ESQ., <br><br> Defendants. | Case No.:  26cv2269-GPC(SBC) <br><br> **ORDER DENYING DEFENDANT SHEILA BAYNE AND LAW OFFICE OF SHEILA BAYNE INC.'S EX PARTE APPLICATION FOR RECONSIDERATON** <br><br> **[Dkt. No. 17.]** |

Before the Court is Defendant Sheila Bayne and Law Office of Sheila Bayne, Inc.'s ex parte application for reconsideration of the Court's order denying Law Office of Sheila Bayne's request to electronically file documents.  (Dkt. No. 13.)

On July 14, 2026, the Court granted Defendant Sheila Bayne, an individual, leave to electronically file documents pursuant to Section 2(b) of the Electronic Case Filing Administrative Policies and Procedures Manual.  (Dkt. No. 15.)  Section 2(b) only applies to pro se litigants and permits them to file documents electronically by following certain procedures.  *See* S.D. Elec. Case Filing Admin. Policies and Procedures § 2(b).

However, the Court denied Law Office of Sheila Bayne, Inc.'s request for electronic filing privileges because a corporation cannot proceed pro se.  *See Rowland v.*

26cv2269-GPC(SBC)

*California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993).  As such, Section 2(b) of the Electronic Case Filing Administrative Policies and Procedures Manual does not apply to Law Office of Sheila Bayne, Inc.

After the Court's ruling, Sheila Bayne filed a notice of appearance on July 14, 2026 representing the Law Office of Sheila Bayne, Inc.  (Dkt. No. 16.)  However, she has not yet been admitted to practice in this Court.  An attorney seeking admission to practice in the District Court for the Southern District of California must comply with S.D. Local Civ. R. 83.3 and the procedures outlined at

https://www.casd.uscourts.gov/attorney/attorney-admission.aspx

Thus, the Court DENIES Sheila Bayne and Law Office of Sheila Bayne, Inc.'s ex parte application to reconsider its prior court denying it leave to electronically file documents pursuant to Section 2(b) of the Electronic Case Filing Administrative Policies and Procedures Manual.

IT IS SO ORDERED.

Dated:  July 16, 2026

Hon. Gonzalo P. Curiel
United States District Judge

26cv2269-GPC(SBC)